CR 21-70 MJD/KMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 924(c)(1)(A)(ii) |
| v. | ) 18 U.S.C. § 924(d)(1) |
| | ) 18 U.S.C. § 2119(1) |
| 1. JEREMIAH LEE IRONROPE, | ) 21 U.S.C. § 2461(c) |
| 2. KRISANNE MARIE BENJAMIN, | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Carjacking)

On or about July 26, 2020, in the State and District of Minnesota, the defendants,

**JEREMIAH LEE IRONROPE**, and
**KRISANNE MARIE BENJAMIN**,

each aiding and abetting, and being aided and abetted by, each other and others known and unknown to the grand jury, did knowingly and unlawfully take a motor vehicle, that is, a black 2008 Lexus ES350, bearing Minnesota license plate DCH-278, and vehicle identification number JTHBJ46G182250962, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of S.M., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).


SCANNED
MAR 23 2021
U.S. DISTRICT COURT ST. PAUL

## COUNT 2
(Carjacking)

On or about August 7, 2020, in the State and District of Minnesota, the defendants,

**JEREMIAH LEE IRONROPE, and
KRISANNE MARIE BENJAMIN,**

each aiding and abetting, and being aided and abetted by, each other and others known and unknown to the grand jury, did knowingly and unlawfully take a motor vehicle, that is, a 2018 Chevrolet Tahoe, bearing Minnesota license plate CBX-405, and vehicle identification number 1GNSKAKC9JR381772, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of R.W.G., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

## COUNT 3
(Carjacking)

On or about August 28, 2020, in the State and District of Minnesota, the defendants,

**JEREMIAH LEE IRONROPE, and
KRISANNE MARIE BENJAMIN,**

each aiding and abetting, and being aided and abetted by, each other and others known and unknown to the grand jury, did knowingly and unlawfully take a motor vehicle, that is, a 2017 Audi A4, bearing Minnesota license plate DRU-488, and vehicle identification number WAUANAF46HN007598, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of A.M., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

United States v. Jeremy Lee Ironrope, et al.

## COUNT 4
(Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence)

On or about August 28, 2020, in the State and District of Minnesota, the defendant,

**JEREMIAH LEE IRONROPE,**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 3 of this Indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry and brandish a firearm, all in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(ii).

## COUNT 5
(Carjacking)

On or about December 20, 2020, in the State and District of Minnesota, the defendant,

**JEREMIAH LEE IRONROPE,**

did knowingly and unlawfully take a motor vehicle, that is, a silver 2015 GMC Terrain, bearing Minnesota license plate CNR-424, and vehicle identification number VIN 2GKFLRE34F6345397, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of J.D.S., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Sections 2 and 2119(1).

## FORFEITURE ALLEGATIONS

If convicted of any of Counts 1 through 5 of this Indictment, the defendants,

United States v. Jeremy Lee Ironrope, et al.

## JEREMIAH LEE IRONROPE, and
## KRISANNE MARIE BENJAMIN

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in or used in connection with the violations alleged in any of Counts 1 through 5 of this Indictment, including, but not limited to, a Remington 870 12 gauge shotgun, with a sawed-off barrel, serial number W893573.

A TRUE BILL

| ACTING UNITED STATES ATTORNEY | FOREPERSON |
|---|---|